JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JERRY ONG,

Plaintiff,

v.

MEA INVESTMENT PROPERTIES, LLC and DOES 1 to 10,

Defendants.

Case No. 8:26-cv-01993-JWH-SKx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 14] entered on or about September 2, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 6, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE